UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRUNZIK SARGSYAN,<br><br>         Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, et al.,<br><br>         Respondents. | Case No.: 25-CV-3857 JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND RESPONDENTS' TIME TO RESPOND**<br><br>(ECF No. 4) |

  Presently before the Court is the Parties' Joint Motion to Extend Respondents' Time to Respond ("Joint Mot.," ECF No. 4). The Parties seek to extend Respondents' deadline to file a response to Petitioner's Petition for Writ of Habeas Corpus ("Pet.," ECF No. 1) from January 7, 2026, to January 9, 2026. Joint Mot. at 1–2. Good cause appearing, the Court **GRANTS** the Joint Motion. Respondents **SHALL FILE** a response to the Petition on or before January 9, 2026.

  **IT IS SO ORDERED.**

Dated: January 6, 2026

                        Hon. Janis L. Sammartino
                        United States District Judge